UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BRIDGETT JENNINGS, | )<br>) |
| Plaintiff, | ) Civil Action No. 3:18-CV-250-CHB<br>) |
| v. | )<br>) **ORDER OF DISMISSAL WITH** |
| LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, | ) **PREJUDICE**<br>)<br>) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [R. 23] of each of plaintiff's claims against the defendant in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to the defendant, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 5th day of April, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of Record